| | |
|---|---|
| DAWN DEJONGH et al.,<br>　　Plaintiffs,<br><br>v.<br><br>CITY OF FRANKLIN, TENNESSEE et al.,<br>　　Defendants. | Case No. 3:24-cv-00807<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

## **MEMORANDUM ORDER**

On May 11, 2026, the Court issued an order awarding costs and fees to defense counsel as a monetary sanction against plaintiff Dawn Dejongh. (Doc. No. 86.) Consistent with the Court's order, defense counsel submitted a fee declaration asserting $18,131.30 as an appropriate monetary award. (Doc. No. 89.) Counsel for plaintiff conceded that a monetary award would be appropriate but countered that $5,456.80 would be a more appropriate award. (Doc. No. 94.)

"When a court finds that an award of fees is appropriate, it must then arrive at a reasonable amount of fees to award." *Serv. First Logistics, Inc. v. Lee*, No. 219CV12616, 2022 WL 697783, at *3 (E.D. Mich. Mar. 8, 2022) (citations omitted). After reviewing the fee declaration and the response, and after considering the "lodestar" method for determining fees, *see, e.g., Barnes v. City of Cincinnati*, 401 F.3d 729, 745 (6th Cir. 2005) (citations omitted), the Court agrees with the award amount proposed by counsel for plaintiff.

Accordingly, the Court hereby ORDERS plaintiff Dawn Dejongh to pay defense counsel an award of $5,456.80 in costs and fees.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge